FILED U.S. DISTRICT COURT AUGUSTA DIV. 2018 APR 13 PM 2:00

CLERK J Burton

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Augusta Division

UNITED STATES OF AMERICA
v.
Delacey Orlando Walton

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: 1:13CR00194-2

USM Number: 18361-021

Clay Jolly
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of special conditions Numbers 1, 2, 3, and 4 of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | February 22, 2018 |

See page two for additional violations

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated standard condition Number 5 and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 4076

Defendant's Year of Birth: 1989

City and State of Defendant's Residence:

Augusta, Georgia

April 11, 2018
Date of Imposition of Judgment

Signature of Judge

Dudley H. Bowen, Jr.
United States District Judge
Name and Title of Judge

4-13-2018
Date

DEFENDANT:      Delacey Orlando Walton
CASE NUMBER:    1:13CR00194-2

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | The defendant failed to abide by a curfew as directed by the Court ( special condition). | April 24, 2017 |
| 3 | The defendant failed to abide by a curfew as directed by the Court (special condition). | November 17, 2017 |
| 4 | The defendant failed to abide by a curfew as directed by the Court (special condition). | February 22, 2018 |

DEFENDANT: Delacey Orlando Walton
CASE NUMBER: 1:13CR00194-2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 12 months, with no term of supervision to follow.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL